IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-CR-197

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| CHRISTOPHER THOMAS CIAMPA, ) | |
| ) | |
| Defendant. ) | |

The undersigned, pursuant to Local Criminal Rule 44.1 (b), hereby gives notice to this Honorable Court of the appearance as counsel for the Defendant Christopher Thomas Ciampa in the above-referenced action.

Respectfully submitted, this the 11th day of September, 2014.

                  **THARRINGTON SMITH, LLP**

                  /s/ Melissa H. Hill
                  Melissa H. Hill, NC State Bar No. 14130
                  150 Fayetteville Street; Suite 1800
                  Post Office Box 1151
                  Raleigh, North Carolina 27602-1151
                  Telephone: (919) 821-4711
                  Facsimile: (919) 829-1583
                  Email: mhill@tharringtonsmith.com

                  *Attorney for Defendant*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served on all parties. Service was accomplished by filing a true and correct copy of the foregoing with the Clerk of Court for the United States Court for the Eastern District of North Carolina using the CM/ECF system, which will send notification of such filing to the following:

> Ms. Banumathi Rangarajan
> US Attorney's Office – EDNC
> 310 New Bern Avenue
> Suite 800, Federal Building
> Raleigh, North Carolina 27601
> Email: Banu.Rangarajan@usdoj.gov

Service was also established by sending a true and correct copy of the foregoing by US Mail to the following:

> Mr. Wade Weems
> Fraud Section, Criminal Division
> US Department of Justice
> 950 Constitution Avenue, NW
> Washington, DC 20530
> Email: Wade.Weems@usdoj.gov

This the 11th day of September, 2014.

> **THARRINGTON SMITH, LLP**
>
> /s/ Melissa H. Hill
> Melissa H. Hill, NC State Bar No. 14130
> 150 Fayetteville Street; Suite 1800
> Post Office Box 1151
> Raleigh, North Carolina 27602-1151
> Telephone: (919) 821-4711
> Facsimile: (919) 829-1583
> Email: mhill@tharringtonsmith.com
>
> *Attorney for Defendant*