IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-CR-00197-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER THOMAS CIAMPA | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown and with the Consent of the United States of America, Defendant's Conditions of Release are hereby modified to allow him to travel within the Middle and Eastern Districts of North Carolina.

SO ORDERED, this the 25 day of September, 2014.

_____
The Honorable Terrence W. Boyle
United States District Judge