IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.  5:14-CR-197-BO


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **NOTICE OF APPEARANCE** |
| v. | : | |
| | : | |
| CHRISTOPHER CIAMPA | : | |


Please enter my name as an attorney of record on behalf of the Plaintiff in the above-captioned action.  Copies of all correspondence and pleadings should be mailed to the undersigned at the below address.

Respectfully submitted this 8th day of October, 2014.

THOMAS G. WALKER
United States Attorney


BY:  /s/ Stephen A. West
       STEPHEN A. WEST
Assistant United States Attorney
Asset Forfeiture Coordinator
Attorney for Plaintiff
Civil Division
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, N. C. 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: steve.west@usdoj.gov
NC State Bar #12586


1

CERTIFICATE OF SERVICE

I certify that I have on this 8th day of October, 2014, served a copy of the foregoing Notice of Appearance upon counsel electronically or by mailing a copy of the same in a postpaid envelope to:

Wade M. Smith
Melissa H. Hill
Tharrington Smith, LLP
P.O. Box 1151
209 Fayetteville Street
Raleigh, NC  27602

THOMAS G. WALKER
United States Attorney


BY:  /s/ Stephen A. West
     STEPHEN A. WEST
Assistant United States Attorney
Asset Forfeiture Coordinator
Attorney for Plaintiff
Civil Division
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, N. C. 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: steve.west@usdoj.gov
NC State Bar #12586

2