IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 5:14-CR- 197-BO |
| ) | |
| CHRISTOPHER CIAMPA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For good cause shown, Defendant's Motion for Continuance of Sentencing Hearing is hereby GRANTED and this matter is continued to the *March 2015* term of court.

SO ORDERED, this the *28* day of *November*, 2014.

*Terrence W. Boyle*
The Honorable Terrence W. Boyle
United States District Judge