IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-197-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| CHRISTOPHER CIAMPA | : |

## ORDER OF FORFEITURE OF SUBSTITUTE ASSETS

THIS MATTER comes before the Court on the United States' Motion for Forfeiture of Substitute Assets, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure and 21 U.S.C. 853(p). In consideration of the motion, the memorandum in support thereof, and the entire record in this matter, the Court finds as follows:

On February 12, 2015, this Court entered an Order of Forfeiture, ordering the defendant to forfeit $10,812,000.00 U.S. Currency to the United States in the form of a money judgment, based upon the defendant's Plea Agreement. On February 12, 2015, a Judgment in the amount of $10,812,000.00 was filed against the defendant (Doc. No. 23).

The undersigned has been advised by its client agency, Federal Bureau of Investigation, that the following assets, belonging to the defendant, are currently in the United States' custody:

**Currency:**

$2,000.00 in U. S. currency and $118,100.00 in U. S. currency.

**Firearms:**

(a) Pistol with case with three empty magazines, Serial No: STF746, Make: Glock, Model: 19, Caliber: 9;

(b) Shotgun, Serial No: T887713, Make: Mossberg, Model: 500, Caliber: 12 gauge ;

1

(c) AR-15 lower & upper receiver & barrel assembly, Serial No: BPM00666, Make: BPM, Inc., Model: BP-15, Caliber: 223;

(d) 37mm Tear Gas Launcher, Serial No: 8448378, Make: unknown, Model: unk, Caliber: 37;

(e) Rifle, Serial No: 101289, Make: Sendra Corp., Model: M16A1, Style: carbine, Caliber: 223 ;

(f) Rifle with Leupold Scope brackets, Nikon Scope M-223, bipod legs, 1 empty mag, case&box, Serial No: 95399, Make: Stag Arms, Model: Stag-15, Caliber: 556;

(g) Rifle, Serial No: KT1064774, Make: Rocky River Arms, Inc., Model: LAR 15, Caliber: 556;

(h) AR-15 lower receiver, Serial No: SN55421, Make: Smith & Wesson, Model: M&P 15, Caliber: 5.56mm;

(i) Shotgun with pistol grip, Serial No: MV56855L; Make: Mossberg (Maverick Arms), Model: 88, Caliber: 12 gauge;

(j) Shotgun with pistol grip, Serial No: MV51359M, Make: Mossberg (Maverick Arms), Model: 88, Caliber: 12 gauge;

(k) Pistol with black plastic Glock case and three empty magazines, Serial No: RYV634, Make: Glock GMBH, Model: 26, Caliber: 9;

(l) Pistol with black plastic Glock case and two empty magazines, Serial No: SSX223, Make: Glock GMBH, Model: 17, Caliber: 9;

(m) Carbine rifle w/ olive plastic DTI case, Serial No: B14946, Make: Del-Ton, Inc., Model: DTI-15, Caliber: 556;

(n) Carbine rifle w/ one empty magazine & black plastic Bushmaster case, Serial No:

CRB005095, Make: Bushmaster, Model: Carbon 15, Caliber: 223;

(o) Rifle w/ one empty 30 round magazine (Mfg. Walther), Serial No: BP075624, Make: Colt, Model: M4 OPS, Caliber: 22;

(p) Mini 14 rifle enclosed in a Muzzelite plastic bull-pup stock, Serial No: 180-25485, Make: Ruger, Model: n/a, Caliber: .223;

(q) Rifle w/ EOTECH sights and 5 plastic PMAG magazines & black cloth carrying case, Serial No: 09075, Make: Smith & Wesson, Model: M&P 15;

(r) Shotgun w/ tactical fore grip, Serial No: U139701, Make: Mossberg, Model: 500, Caliber: 12;

(s) Semi-automatic pistol w/ 3 magazines, Serial No: SMK443, Make: Glock, Model: 22, Caliber: 40;

(t) Springfield Semi-automatic w/ 2 magazines, Serial No: XD643099, Make: HS Products (IM Metal), Model: XD45, Caliber: 45;

(u) Kimber Model 1911, .45 caliber pistol, Serial No: 32SF030, Make: Kimber, Model: 1911, Caliber: .45;

(v) Kimber Model 1911, .45 caliber pistol, Serial No: 32SF031, Make: Kimber, Model: 1911, Caliber: .45.

The Court finds that, pursuant to the provisions of 21 U.S.C. 853(p) and Fed. R. Crim. P.32.2 (e)(1)(B), the United States is entitled to the forfeiture of substitute assets, including the above-referenced property, in partial satisfaction of the defendant's $10,812,000.00 outstanding money judgment.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Based upon the Order of Forfeiture and Judgment as to the defendant, Christopher

3

Ciampa, the interest of the defendant in the identified substitute assets is herewith forfeited to the United States for disposition in accordance with the law, including destruction.

2. Upon the entry of this Order the Attorney General or his designee is authorized to seize the above listed property, whether held by the defendant or by a third party, and to take any other steps deemed warranted to preserve its availability for forfeiture pending the conclusion of any third-party proceedings which may be conducted in this matter.

3. That any and all forfeited funds shall be deposited by the United States Marshal Service as soon as located or recovered into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

4. Pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

5. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 10 day of June, 2015.

_Terrence W. Boyle_
TERRENCE W. BOYLE
United States District Judge