IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-197-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| CHRISTOPHER CIAMPA | : |

## ORDER OF FORFEITURE OF SUBSTITUTE ASSET

THIS MATTER comes before the Court on the United States' Second Motion for Forfeiture of Substitute Assets, pursuant to Rule 32.2(e)of the Federal Rules of Criminal Procedure and 21 U.S.C. 853(p). In consideration of the motion, the memorandum in support thereof, and the entire record in this matter, the Court finds as follows:

On September 29, 2015, this Court entered an Amended Judgment of Forfeiture, ordering the defendant to forfeit $10,353,000.00 U.S. Currency to the United States in the form of a money judgment, based upon the defendant's Plea Agreement. (Doc. No. 38).

The undersigned has been advised by its client agency, Federal Bureau of Investigation, that the following assets, belonging to the defendant, are currently in the United States' custody:
**Firearm:** Mossberg (Maverick Arms) Shotgun, Serial Number MV50881R, Model 88, 12 gauge.

The Court finds that, pursuant to the provisions of 21 U.S.C. 853(p) and Fed. R. Crim. P.32.2 (e)(1)(B), the United States is entitled to the forfeiture of substitute assets, including the above-referenced property, in partial satisfaction of the defendant's $10,353,000.00 outstanding money judgment.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1

1. Based upon the Order of Forfeiture and Judgment as to the defendant, Christopher Ciampa, the interest of the defendant in the identified substitute asset is herewith forfeited to the United States for disposition in accordance with the law.

2. The United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This ☐ day of October, 2015.

TERRENCE W. BOYLE
United States District Judge

2